UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PEACHTREE ATTORNEY FINANCE, LLC,

                        Plaintiff,

– against –

LAW OFFICE OF MICHAEL LEVITIS, P.C.,

                        Defendant.

11 Civ. 3100 (ENV) (CLP)

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the parties hereto that, whereas no party is an infant, incompetent person for whom a committee has been appointed or a conservatee and no person not a party has an interest in the subject matter of this action, the above entitled action is discontinued with prejudice and without costs to either party.

Dated:   January 13, 2011

                                              YANKWITT & McGUIRE, LLP

By:   _____
        Russell M. Yankwitt, Esq.
        *Attorneys for Plaintiff*
        140 Grand Street, Suite 501
        White Plains, New York 10601
        Tel:    (914) 686-1500
        Fax:   (914) 801-5930

        WOODS LONERGAN, LLP

By:   _____
        James F. Woods, Esq.
        *Attorneys for Defendants*
        292 Madison Avenue, 22nd Floor
        New York, NY 10017
        (212) 684-2500, ext. 308

SO ORDERED:

_____
U.S.D.J.